IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | CASE NO. 6:20-CR-95 |
| **v.** § | |
| § | |
| § | |
| § | |
| **ALICIA FORD** § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of probation conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. that the court find that the Defendant violated the first allegation in the petition that she failed to follow a mandatory condition of probation;

2. revoking the Defendant's probation pursuant to 18 U.S.C. § 3565; and

3. the Defendant should be sentenced to a term of nine (9) months' imprisonment, which shall include 58 days' unserved community confinement (converted to an equivalent term of imprisonment), with no supervised release to follow. Her term of imprisonment should be served at the Federal Correctional Institute in Bryan, Texas, if the Bureau of Prisons can accommodate such a request.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to

revocation of probation and imposition of the sentence recommended.  The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Ford's probation is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **11th**  day of  **June, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE